JEANETTE DEMUTH Appellant, *v.* GEORGE KEMP et al., Respondents.

JEANETTE DEMUTH, Appellant, *v.* GEORGE KEMP et al., Respondents.

*Demuth* v. *Kemp*, 159 App. Div. 422, affirmed.
(Argued December 13, 1915; decided January 4, 1916.)

APPEAL, in each of the above-entitled actions, from a judgment, entered January 12, 1914, upon an order of the Appellate Division of the Supreme Court in the

first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint, in actions brought by the plaintiff, a judgment creditor of the defendant George Kemp, to reach alleged surplus income of the defendant George Kemp under two trusts in the hands of the other defendants above named, the trustees thereof, one trust having been created by the will of George Kemp, deceased, the father of the defendant George Kemp, of which the defendant New York Life Insurance and Trust Company is the trustee, to produce $6,000 per annum; and the other by the will of Juliet Augusta Kemp, the mother of defendant George Kemp, of which the defendants Arthur Tryon Kemp, Frederick Morton Tryon and Stephen H. Tyng are the trustees, to produce $9,000 per annum.

*James S. McDonogh, Francis X. McDonough* and *William Michael Byrne* for appellant.

*John Larkin, Joseph Brewster* and *Richard M. Farries* for respondents.

Judgment in each case affirmed, with costs, on the sole ground that the plaintiff has failed to comply with sections 1871 and 1872 of the Code of Civil Procedure; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Not voting: WILLARD BARTLETT, Ch. J.